Docket No. 25-5129

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RINNAI AMERICA CORPORATION et al.
Plaintiffs-Appellants,

vs.

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
Defendant-Appellee,

PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE et al.,
Intervenor-Defendants-Appellees.

Appeal from the United States District Court
for the Central District of California
Case No. 2:24-cv-10482-PA-PD

# DEFENDANT-APPELLEE'S NOTICE OF NON-OPPOSITION TO MOTION TO EXPEDITE APPEAL

Bayron T. Gilchrist
General Counsel
Barbara Baird
Chief Deputy District Counsel
South Coast Air Quality
Management District
21865 Copley Drive
Diamond Bar, California 91765
Telephone: (909) 396-3400
Facsimile: (909) 396-2961

Matthew D. Zinn
Lauren M. Tarpey
Ryan K. Gallagher
Shute, Mihaly & Weinberger LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816

Attorneys for Defendant-Appellee
South Coast Air Quality Management District

Defendant-Appellee South Coast Air Quality Management District does not oppose Plaintiffs-Appellants' Motion to Expedite Appeal. Like Plaintiffs, the District desires an expeditious resolution of this litigation.

However, the District strongly disputes Plaintiffs' allegations that the January 1, 2026 compliance deadline for the first phase of the District's Rule 1146.2 will cause Plaintiffs or their members "irreparable harm." Ninth Cir. Doc. 8 at 4. The District has stated its objections to Plaintiffs' allegations of irreparable harm in its Opposition to Plaintiffs' Motion for an Injunction Pending Appeal filed in the District Court. *See* C.D. Cal. Doc. 86. The District will oppose on the same grounds any motion for an injunction pending appeal that Plaintiffs might file in this Court. *See* Ninth Cir. Doc. 8 at 3 n.1.

September 24, 2025　　SHUTE, MIHALY & WEINBERGER LLP

　　　　　　　　　　　　By:　　　/s/Matthew D. Zinn
　　　　　　　　　　　　　　MATTHEW D. ZINN
　　　　　　　　　　　　　　LAUREN M. TARPEY
　　　　　　　　　　　　　　RYAN K. GALLAGHER

　　　　　　　　　　　　　　Attorneys for Defendant-Appellee
　　　　　　　　　　　　　　South Coast Air Quality Management
　　　　　　　　　　　　　　District

1