Docket No. 25-5129

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

RINNAI AMERICA CORPORATION et al.,
Plaintiff-Appellants,

v.

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
Defendant-Appellee,

PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE et al.,
Intervenor-Defendants-Appellees.

---

Appeal from the United States District Court
for the Central District of California
Case No. 2:24-cv-10482-PA-PD

---

## INTERVENOR-DEFENDANTS APPELLEES' NOTICE OF NON-OPPOSITION TO MOTION TO EXPEDITE APPEAL

| | | |
|---|---|---|
| Candice L. Youngblood<br>Adriano L. Martinez<br>Earthjustice<br>707 Wilshire Blvd.,<br>Suite 4300<br>Los Angeles, CA 90017<br>Tel: (415) 217-2000 | Nihal Shrinath<br>Sierra Club<br>2101 Webster St.,<br>Suite 1300<br>Oakland, CA 94612<br>Tel: (415) 977-5566<br>James A. Dennison<br>1650 38th St.,<br>Suite 103W<br>Boulder, CO 80301<br>Tel: (435) 232-5784 | Sean H. Donahue<br>Donahue, Goldberg &<br>Herzog<br>1008 Pennsylvania Ave.,<br>SE<br>Washington, DC 20003<br>Tel: (202) 277-7085 |

Attorneys for Intervenor-Defendants-Appellees People's Collective for Environmental Justice, Sierra Club, and Industrious Labs

Defendant-Intervenor Appellees do not oppose Plaintiff Appellants' request for expedited hearing filed on September 16, 2025. Defendant-Intervenor Appellees do, however, dispute that Appellants have shown they will be "irreparably harmed" without expedited review. Ninth Cir. Doc. 8 at 4. Plaintiff Appellants largely repackage their motion for injunction pending appeal that is now before the district court. *See generally* C.D. Cal. Doc. 85-1 (Memorandum in Support of Plaintiffs Motion for Injunction Pending Appeal). Defendant-Intervenor Appellees filed significant opposition to the Plaintiff Appellants' claims of irreparable harm. *See* C.D. Cal. Doc. 87 (Defendant-Intervenors Opposition to Plaintiffs Motion for Injunction Pending Appeal). In the event Plaintiff Appellants file a motion for injunction pending appeal in this Court, as alluded to in their motion, Defendant-Intervenor Appellees will file an opposition demonstrating their failure to show irreparable harm from the upcoming compliance deadlines for a small subset of equipment covered by the regulation challenged by Plaintiff-Appellants.

While Plaintiff Appellants have not demonstrated irreparable harm, Ninth Circuit Local Rules can find good cause warranting expedited hearing without a showing of irreparable harm. 9th Cir. Rule 27-12 ("'Good cause' includes, but is not limited to…irreparable harm…"). Here, all parties have agreed expedited hearing is warranted to resolve the legal issues in this case. Thus, the Court should

1

grant the relief requested of expedited hearing without a determination that Plaintiff Appellants have shown they will be irreparably harmed. Moreover, this question of irreparable harm is best addressed in the context of full briefing if Plaintiff Appellants file a motion for injunction pending appeal in this Court.

|  |  |
|---|---|
| Dated: September 24, 2025 | Respectfully submitted,<br>/s/ Candice L. Youngblood |

CANDICE L. YOUNGBLOOD
ADRIANO L. MARTINEZ
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
cyoungblood@earthjustice.org
amartinez@earthjustice.org
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Counsel for Intervenor-Defendants-Appellees People's Collective for Environmental Justice, Sierra Club, and Industrious Labs*

NIHAL SHRINATH
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
nihal.shrinath@sierraclub.org
Tel: (415) 977-5566

JAMES A. DENNISON
Sierra Club
1650 38th St., Suite 103W
Boulder, CO 80301
jim.dennison@sierraclub.org
Tel: (435) 232-5784

*Counsel for Intervenor-Defendant-Appellee Sierra Club*

2

SEAN H. DONAHUE
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003
sean@donahuegoldberg.com
Tel: (202) 277-7085

*Counsel for Intervenor-Defendant-Appellee Industrious Labs*