UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RINNAI AMERICA CORPORATION; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>        Defendant - Appellee,<br><br>PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE; et al.,<br><br>        Intervenor-Defendants - Appellees. | No. 25-5129<br><br>D.C. No. 2:24-cv-10482-PA-PD<br>Central District of California, Los Angeles<br><br>ORDER |

The unopposed motion (Docket Entry No. 8) to expedite is granted.

The existing briefing schedule remains in effect. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

The clerk will place this case on the next available calendar after the answering briefs are filed. *See* 9th Cir. Gen. Ord. 3.3(f).

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT