**No. 25-5129**
Opinion filed July 2, 2026
Before: LEE, KOH & DE ALBA, Circuit Judges

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RINNAI AMERICA CORPORATION et al.,
*Plaintiffs–Appellants,*

v.

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,
*Defendant–Appellee,*

PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE et al.,
*Intervenor–Defendants–Appellees.*

On Appeal from the United States District Court
for the Central District of California, No. 2:24-cv-10482-PA-PD
Hon. Percy Anderson, District Judge

**PLAINTIFFS–APPELLANTS' UNOPPOSED MOTION FOR A
28-DAY EXTENSION OF TIME TO PETITION FOR REHEARING**

**RELIEF REQUESTED BY JULY 14, 2026**

Courtland L. Reichman
REICHMAN JORGENSEN
 LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94605

Brian C. Baran
REICHMAN JORGENSEN
 LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington, DC 20006

Sarah O. Jorgensen
REICHMAN JORGENSEN
 LEHMAN & FELDBERG LLP
1201 W. Peachtree St., Suite 2300
Atlanta, GA 30309
(650) 623-1401
sjorgensen@reichmanjorgensen.com

*Counsel for Appellants Rinnai America Corp., Noritz America Corp.,
National Association of Home Builders, California Manufacturers &
Technology Association, California Restaurant Association, California
Hotel & Lodging Association, California Apartment Association,
Plumbing-Heating-Cooling Contractors of California, and
Restaurant Law Center*

(*Additional parties and counsel listed on inside cover*)

John J. Davis, Jr.
Luke Dowling
McCracken, Stemerman &
  Holsberry LLP
475 – 14th Street, Suite 1200
Oakland, CA 94612
(415) 597-7200
jjdavis@msh.law

*Counsel for Appellant California
State Pipe Trades Council*

Matthew P. Gelfand
Californians for
  Homeownership, Inc.
525 S. Virgil Ave.
Los Angeles, CA 90020
(213) 739-8206
matt@caforhomes.org

*Counsel for Appellant Californians
for Homeownership, Inc.*

## UNOPPOSED MOTION FOR A 28-DAY EXTENSION OF TIME TO PETITION FOR REHEARING

Plaintiffs-Appellants move under Appellate Rule 26(b) for a 28-day extension of the time to file a petition for panel rehearing or rehearing en banc in this case, until August 13, 2026. Plaintiffs have not previously requested or received an extension of this deadline.

Any petition for rehearing is currently due Thursday, July 16, 2026. Given the short timeframe, Plaintiffs respectfully request a ruling by Tuesday, July 14.

Defendant-Appellee and Intervenor-Defendants-Appellees agree to the requested relief.

Good cause exists for a modest 28-day extension. Given Plaintiffs' counsels' competing professional commitments, the size and diversity of the plaintiff group (including two separately represented plaintiffs), and that the first three of the typical fourteen days fell over a holiday weekend, Plaintiffs need additional time to determine whether to file a petition and, if so, to prepare the petition.

Counsel with primary responsibility for preparing any rehearing petition have several professional obligations overlapping with the time to file the petition, including rehearing petitions in *Association of Contracting Plumbers of the City of New York, Inc. v. City of New York*, No. 25-977 (2d Cir.), and *Mulhern Gas Co. v. Mosley*, No. 25-2041 (2d Cir.) (due July 14, 2026, with a pending request for an extension until August 4); a petition for a writ of certiorari in *Allen v. Stein*, No. 24-1954

(4th Cir.) (due July 20); an opposition to a motion to dismiss in *Colorado Natural Gas, Inc. v. Public Utilities Commission of Colorado*, No. 2026CV031821 (Denv. Colo. Dist. Ct.) (due July 21); and an urgent habeas petition challenging a U visa applicant's detention without process by federal immigration officers in the Western District of Pennsylvania.

Moreover, the eleven Plaintiffs—a mix of manufacturers and sellers of gas appliances, trade associations, affordable housing groups, and labor union groups, including two plaintiffs with separate representation—need more time than in the typical case to coordinate among themselves to determine whether and in what forum to seek further review.

Plaintiffs and their counsel have exercised diligence, will continue to do so, and are confident that any petition for rehearing will be filed within the time requested.

For these reasons, Plaintiffs respectfully request that the Court extend the deadline to file a petition for panel rehearing or rehearing en banc to August 13, 2026.

Dated: July 6, 2026

Courtland L. Reichman
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94605

Brian C. Baran
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1909 K St. NW, Suite 800
Washington, DC 20006

Respectfully submitted,

*/s/ Sarah O. Jorgensen*
Sarah O. Jorgensen
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1201 W. Peachtree St., Suite 2300
Atlanta, GA 30309
(650) 623-1401
sjorgensen@reichmanjorgensen.com

*Counsel for Appellants Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, Plumbing-Heating-Cooling Contractors of California, and Restaurant Law Center*

John J. Davis, Jr.
Luke Dowling
MCCRACKEN, STEMERMAN &
  HOLSBERRY LLP
475 – 14th Street, Suite 1200
Oakland, CA 94612
(415) 597-7200
jjdavis@msh.law

*Counsel for Appellant California State Pipe Trades Council*

Matthew P. Gelfand
CALIFORNIANS FOR
  HOMEOWNERSHIP, INC.
525 S. Virgil Ave.
Los Angeles, CA 90020
(213) 739-8206
matt@caforhomes.org

*Counsel for Appellant Californians for Homeownership, Inc.*

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Ninth Circuit Rules because it has been prepared using a proportionally spaced typeface and contains 389 words.

Dated: July 6, 2026      */s/ Sarah O. Jorgensen*
         Sarah O. Jorgensen

## CIRCUIT RULE 25-5(f) CERTIFICATION

I certify under Circuit Rule 25-5(f) that all parties on whose behalf this brief is submitted concur in its content.

Dated: July 6, 2026      */s/ Sarah O. Jorgensen*
         Sarah O. Jorgensen