Docket No. 25-5129

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

RINNAI AMERICA CORPORATION et al.
Plaintiffs-Appellants,

vs.

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
Defendant-Appellee,

PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE et al.,
Intervenor-Defendants-Appellees.

---

Appeal from the United States District Court
for the Northern District of California
Case No. 2:24-cv-10482-PA-PD

---

## UNOPPOSED MOTION TO MODIFY OPINION

---

Bayron T. Gilchrist
General Counsel
Barbara Baird
Chief Deputy District Counsel
South Coast Air Quality
Management District
21865 Copley Drive
Diamond Bar, California 91765
Telephone: (909) 396-3400
Facsimile: (909) 396-2961

Matthew D. Zinn
Lauren M. Tarpey
Ryan K. Gallagher
Shute, Mihaly & Weinberger LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816

Attorneys for Defendant-Appellee
South Coast Air Quality Management District

Defendant South Coast Air Quality Management District respectfully requests that the Court correct a terminological error in its July 2, 2026 decision affirming the district court's grant of summary judgment to the District, Dkt. 69.1 ("Opinion"). Plaintiffs and Intervenor-Defendants have consented to the filing of this motion.

District Rule 1146.2 challenged in this action regulates emissions of oxides of nitrogen ("NOx"). Plaintiffs-Appellants' Excerpts of Record, Dkt. 15.1 ("ER") 81, 214; Opinion at 15 ("The stated purpose of the Rule is 'to reduce Oxides of Nitrogen (NOx) emissions from Water Heaters, Boilers, and Process Heaters fired with, or designed to be fired with, natural gas.'"). The rule defines "oxides of nitrogen (NOx) emissions" as "the sum of nitric oxide [NO] and nitrogen dioxide [$NO_2$] emitted, calculated, and expressed as nitrogen dioxide." ER 216.

The Opinion, however, states that the rule regulates emissions of "nitrous oxides," Opinion at 7, perhaps because that phrase was used in the district court's summary judgment order, ER 9. Although nitrous oxide ($N_2O$) is one oxide of nitrogen, the rule's definition of the gases it regulates does not include it. *Cf. Ford Motor Co. v. EPA*, 604 F.2d 685,

1

688 n.12 (D.C. Cir. 1979) (per curiam) ("EPA excludes some oxides of nitrogen, such as nitrous oxide, in its definition of 'oxides of nitrogen.'").

To avoid any confusion about the scope of Rule 1146.2, the District requests that the Court modify the Opinion at page 7 to replace "nitrous oxides" with "oxides of nitrogen" or the commonly used shorthand of "nitrogen oxides," which the parties used in briefing here. *E.g.,* Plaintiffs-Appellants' Opening Brief, Dkt. 14.1 at 13, 24; Defendant-Appellee's Answering Brief, Dkt. 29.1 at 10, 39.

July 14, 2026        SHUTE, MIHALY & WEINBERGER LLP

By:      */s/Matthew D. Zinn*
MATTHEW D. ZINN
LAUREN M. TARPEY
RYAN K. GALLAGHER

Attorneys for Defendant-Appellee
South Coast Air Quality
Management District

2