UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RINNAI AMERICA CORPORATION; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendant - Appellee,<br><br>PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE; et al.,<br><br>Intervenor-Defendants - Appellees. | No. 25-5129<br><br>D.C. No.<br>2:24-cv-10482-PA-PD<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: LEE, KOH, and DE ALBA, Circuit Judges.

Judge Koh and Judge de Alba voted to deny the petition for rehearing en banc. Judge Lee voted to grant the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge of the Court has requested a vote on the petition. Fed. R. App. P. 40. The petition for rehearing en banc (Dkt. 74) is **DENIED**.